STANLEY K. OLDDEN, Appellant, *v.* LOUIS G. PACENT, Respondent

Supreme Court, Appellate Term, First Department, April 28, 1943.

*Robert J. Blum* for appellant.

*Morris Gottlieb* for respondent.

*Per Curiam.* By serving a bill of particulars plaintiff waived his right to appeal from the order denying his motion to vacate or modify the demand. The sufficiency of the bill served may be passed upon by the lower court on appropriate motion.

Appeal dismissed, with ten dollars costs.

SHIENTAG, ROSENMAN and McLAUGHLIN, JJ., concur.